Simon Gursky, Respondent, v. Frank W. Blair, Impleaded with Dud-' ley E. Waters and Another, as Receivers, etc., Appellants.— Orders affirmed, with ten dollars costs and disbursements, on the authority of *Jacobs* v. *Blair* (157 App. Div. 601). (Ingraham, P. J., dissenting on the dissenting opinion in *Jacobs* v. *Blair*.) The court will certify these cases to the Court of Appeals on presentation of a proper order, which will be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Harry Silverstein, an Infant, etc., Respondent, v. Astoria Boat Works and Marine Equipment Company, Inc., Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingra-ham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Morris Silverstein, Respondent, v. Astoria Boat Works and Marine Equipment Company, Inc., Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., Laugh-lin, Clarke, Scott and Dowling, JJ.

Philip Siegel v. Louis Lese.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

Millie Blumberg v. Jacob Corday.— Motion to dismiss appeal denied, without costs. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

First National Bank of Brownsville, Texas, v. Lida M. Fleitmann, as Administratrix, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

George F. Root Company v. John E. Landeen, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

James M. Elliott, Jr., v. Martin S. Paine.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

Salvatore Belluardo v. Southern Pacific Company, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

Toltec Mexican Oil Company v. East Coast Oil Company, South America.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

William A. Mallett v. John P. Mitchel and Others, etc.— Motion to dis-miss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

John Baldwin Hand v. Ida Von Claussen.— Motion to dismiss appeal denied, without costs. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.